THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
WINNE RADCLIFFE et al., Respondents.

*Appeal — Court of Appeals cannot review order of Appellate Division
reversing a judgment of conviction and ordering a new trial where
such order of reversal is silent as to the court's decision on the facts.*

*People* v. *Radcliffe*, 194 App. Div. 946, appeal dismissed.
(Submitted June 8, 1921; decided July 14. 1921.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 17, 1920, which reversed a judgment of the
Albany County Court, rendered upon a verdict con-
victing the defendants of the crime of robbery in the
first degree and granted a new trial.

*Timothy E. Roland, District Attorney (John J. Conway,
Jr.,* of counsel), for appellant.

*Joseph L. Delaney* for respondents.

Appeal dismissed but without prejudice to an appli-
cation to the Appellate Division for amendment and
resettlement of its order by stating its decision on the facts
on the authority of *People* v. *Redmond* (225 N. Y. 206).

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ. Deceased: CHASE, J.